# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIADRA KISER, as Personal Representative of the ESTATE OF THOMAS G. KISER, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MILL CREEK ENTERPRISES, INC., an Oklahoma Corporation,<br><br>    Defendant. | Case No. CIV-07-256-RAW |

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and the Order & Opinion entered contemporaneously herewith, the Court hereby enters this Judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED this 8th day of September, 2008.

**Dated this 8th Day of September 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma