# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIADRA KISER, as Personal Representative of the ESTATE OF THOMAS G. KISER, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MILL CREEK ENTERPRISES, INC., an Oklahoma Corporation,<br><br>    Defendant. | Case No. CIV-07-256-RAW |

## ORDER

  Before the court is the Report and Recommendation entered by United States Magistrate Judge Kimberly E. West on February 27, 2009. No objections to the Report and Recommendation were filed. The court hereby affirms the Report and Recommendation and adopts it as this court's Order. The Judgment Debtor is hereby barred from using any document not produced at the asset hearings conducted in this action.

  IT IS SO ORDERED this 23rd day of March, 2009.

**Dated this 23rd Day of March 2009.**

                    Ronald A. White
                    United States District Judge
                    Eastern District of Oklahoma

j4h4i0